THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEJANDRO MENCHU,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMERICAN DYNASTY, *et al.*,<br><br>    Defendants. | Case No. 2:06-cv-154<br><br>MOTION AND ORDER TO REVISE SCHEDULING ORDER |

1. This motion is filed on an emergency basis to protect the rights of plaintiffs in this litigation.

2. New counsel in this matter has not been approved by plaintiff and therefore currently makes this appearance only to preserve the rights of the plaintiffs due to the fact that today it was learned that their counsel Paul Hernandez, WSBA #21015 has been suspended from the practice of law.

3. If plaintiff does not approve of new counsel, Héctor Steele Rojas will inform the court of such.

4. Counsel requests an extension of 45 days in this matter so that appropriate discussions with plaintiff and defendants can occur and the matters resolved in accordance with plaintiff's wishes.

MOTION AND ORDER TO REVISE SCHEDULING ORDER - 1

Northwest Law Center, PLLC
601 Union Square, Ste.2325
Seattle, WA 98101
(206) 652-5999/FAX (206) 652-5952

1  Dated this 1st day of June 2006.

2

3  NORTHWEST LAW CENTER, PLLC

4  By: s/ Héctor Steele Rojas
   Héctor Steele Rojas, WSBA #29916
5  Attorney for Plaintiff
   Northwest Law Center, PLLC
6  601 Union Street, Suite 2325
7  Seattle, WA 98101
   Telephone: (206) 652-5999
8  Facsimile: (206) 652-5952
   Email: steelerojas@nwlawcenter.net
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MOTION AND ORDER TO REVISE SCHEDULING ORDER - 2

Northwest Law Center, PLLC
601 Union Square, Ste.2325
Seattle, WA 98101
(206) 652-5999/FAX (206) 652-5952

**ORDER**

Upon consideration of plaintiff's motion to extend the scheduling order in this matter for 45 days is so ORDERED this __7th__ day of _____June_____, 2006.

__/s Marsha J. Pechman_____
Honorable Marsha J. Pechman
U.S. District Judge

Presented by:

NORTHWEST LAW CENTER, PLLC

s/ Héctor Steele Rojas_____
Héctor Steele Rojas, WSBA #29916

MOTION AND ORDER TO REVISE SCHEDULING ORDER - 3