UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MENCHU,

                Plaintiff,

v.

AMERICAN DYNASTY F/T, et al.,

                Defendant.

No. C06-154

MINUTE ORDER

       The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

       The parties have not complied with the order directing that a joint status report be filed by July 17, 2006. The time for filing the report is hereby extended to ten days from the date of this order. If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

       Filed this 24th day of July, 2006.

                                                         BRUCE RIFKIN, Clerk

                                          By:    /s Mary Duett
                                                            Deputy Clerk

MINUTE ORDER - 1