1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEJANDRO MENCHU,

               Plaintiff(s),

    v.

AMERICAN DYNASTY, et al.,

               Defendant(s).

NO. C06-154P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed the Status Report filed in this matter on August 3, 2006 (Dkt. No. 11).  The deadline for the Joint Status Report will be extended to **September 15, 2006**  to permit Defendants to enter a notice of appearance and consult with Plaintiff's counsel.

The FRCP 26(f) Conference deadline is extended until September 8, 2006; the Initial Disclosure deadline will be continued to September 8, 2006.

Filed this 4th day of August, 2006.

BRUCE RIFKIN, Clerk

By     /s Mary Duett
        Deputy Clerk

MINUTE ORDER